UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ERIC PORTER, ) | |
| ) | |
| Plaintiff, ) | No. CV 11-8244 PA (AJW) |
| ) | |
| v. ) | |
| ) | J U D G M E N T |
| LOS ANGELES COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: _December 5, 2013

_____
PERCY ANDERSON
United States District Judge